In the Matter of the Claim of ARTHUR FORD, Respondent, v. ALGER MACHINES CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.